JENKINS v. MONTGOMERY WARD & CO., INC.

WORKMEN'S COMPENSATION—DECISION OF APPEAL BOARD—DISCRETION OF REFEREE—FINDINGS OF FACT.
    Decision of workmen's compensation appeal board affirming award of compensation by referee is affirmed where the record on appeal which presents questions dealing with findings of fact and an alleged abuse of discretion on the part of the referee, reveals no fraud or allegation of fraud, and does not support a charge of abuse of discretion (Const 1963, art 6, § 28).

REFERENCE FOR POINTS IN HEADNOTE
58 Am Jur, Workmen's Compensation §§ 522, 530, 532, 534.

Appeal from Workmen's Compensation Appeal Board. Submitted Division 2 May 10, 1968, at Lansing. (Docket No. 4,308.) Decided May 31, 1968.

Robert T. Jenkins presented his claim for workmen's compensation against his employer, Montgomery Ward & Co., Inc., a foreign corporation. Award to claimant affirmed by Workmen's Compensation Appeal Board. Defendant employer appeals. Affirmed.

*Ripple, Chambers & DeWitt,* for plaintiff.

*Keeling, Bogue & Huthwaite,* for defendant.

PER CURIAM. This is an appeal from a decision of the workmen's compensation appeal board which affirmed the award of the referee. The appeal presents questions dealing with findings of fact and an alleged abuse of discretion on the part of the referee.

The record reveals no fraud or allegation thereof, nor does it support the charge of abuse of discretion. See Constitution 1963, art 6, § 28.

Affirmed. Costs to appellee.

LESINSKI, C. J., and QUINN and MOODY, JJ., concurred.